# UNITED STATES DISTRICT COURT
for the

|                          | )  |                  |
|--------------------------|----|------------------|
| *Plaintiff*              | )  |                  |
| v.                       | )  | Civil Action No. |
|                          | )  |                  |
|                          | )  |                  |
| *Defendant*              |    |                  |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:


This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ for failure to state a claim


Date:  June 13, 2014              CLERK OF COURT

                                  _____

                                  _____
                                  *(By) Deputy Clerk*